**Orlis J. BUSH, Petitioner,**

v.

**OFFICE OF PERSONNEL
MANAGEMENT,
Respondent.**

**No. 2006–3173.**

April 17, 2006.

ORDER

Order Vacated, See 2006 WL 2335597.

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Gary E. SOUTHERLAND, Petitioner,**

v.

**MERIT SYSTEMS PROTECTION
BOARD, Respondent.**

No. 2006–3191.

United States Court of Appeals,
Federal Circuit.

April 17, 2006.

Gary E. Southerland, pro se.

---

\* It is the court's usual practice not to designate a dismissal as being with or without preju-

**ORDER**

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.